# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3591

_____

| | | |
|---|---|---|
| Ricky Jones, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| International Paper Company, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:   June 3, 1999

Filed:   June 8, 1999

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD and BEAM, Circuit Judges.

_____

PER CURIAM.

Ricky Jones appeals the district court's[1] order granting defendant's motion to enforce a settlement agreement. We affirm.

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

Jones filed an employment discrimination action against International Paper (IP), and the case was referred to a magistrate judge[2] for a settlement conference. At the end of the conference, counsel for the parties agreed to leave "on the table" the last offer made through Jones's counsel and IP's last offer. IP accepted the last offer made through Jones's counsel that evening, but Jones indicated the next day that he did not wish to settle the case for that amount. The district court held an evidentiary hearing and granted IP's motion to enforce the settlement agreement.

We find the district court's factual finding that Jones's attorney had authority to settle was not clearly erroneous. See Mueller v. Guardian Life Ins. Co., 143 F.3d 414, 415-16 (8th Cir. 1998) (district court's factual findings reviewed for clear error; this court defers to district court's credibility determinations). Jones stated in the evidentiary hearing that because he believed he could withdraw his offer at a later time, he allowed his attorney to make the offer that was accepted. Any arguments regarding the adequacy of Jones's legal representation are irrelevant to the district court's finding that Jones's attorney had authority to settle.

Accordingly, we affirm. We deny as moot appellee's motion to strike portions of appellant's brief.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.